JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES—GENERAL

Case No. 8:26-cv-00287-KES                          Date: April 6, 2026

Title:  LORELIE CLEMENS v. HOME DEPOT U.S.A., INC.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**      **Order REMANDING This Case to the Orange County Superior Court**

On March 5, 2026, Plaintiff Lorelie Clemens filed a motion for leave of court to file a First Amended Complaint ("FAC") and remand the case to the state court.  (Dkt. 8.)  Defendant Home Depot U.S.A., Inc. filed an opposition.  (Dkt. 9.)  The Court granted Plaintiff's motion on March 30, 2026. ("Order Granting Motion to Amend" at Dkt. 10.)

On April 3, 2026, Plaintiff timely filed a FAC adding Bryan Wallace, a Home Depot employee, as a nondiverse defendant, thus destroying the Court's subject matter jurisdiction based on diversity.  (Dkt. 11.)

For the reasons stated in the Court's Order Granting Motion to Amend, this case is hereby REMANDED to Orange County Superior Court, 30-02026-10537799-CU-PO-NJC.

Initials of Deputy Clerk jd